MN, ND-305
(5/94)

RECEIVED
10 APR 19 AM 10: 23
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: John Walter Skaja and Carla Lea Skaja

Chapter 7 Case No. 08-44553

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PYOD LLC it successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | 3 | 167.31 | 4.80 |
| Capital Recovery, II 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | 9 | 162.56 | 4.67 |

= 9.47

Dated: April 16, 2010

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Skaja\Unclaimed Dividends Distribution Less than $5.wpd